37576. GILREATH v. TAYLOR et al.

This case is affirmed without opinion under Rule 59.
*All the Justices concur. Weltner, J., not participating.*

DECIDED NOVEMBER 13, 1981.

O'Neal, Stone, Brown & Sizemore, Kice H. Stone, Martha C. Christian, for appellant.

Milton F. Gardner, S. Phillip Brown, Fred M. Hasty, for appellees.